GEORGE L. RICHARDSON, as Trustee of ROY P. BRAINARD, Bankrupt, and HOTEL SYRACUSE, INC., Respondents, v. BRAINARD-POWERS CORP., ROY P.

BRAINARD and ROSEBUD H. BRAINARD, Appellants.— Application to modify order entered March 9, 1938, granted in part. [See *ante*, p. 631.] Present — Crosby, Cunningham, Taylor and Dowling, JJ.